# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of GEORGIA

Case Number: 1:15-CV-03087-MHS

Plaintiff:
**RAFAEL RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**CASTFORCE, INC**

For:
DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Received by Statewide Process Service, Inc on the 8th day of September, 2015 at 5:18 pm to be served on **CASTFORCE, INC, RUSSELL C. WEIGEL, III, REGISTERED AGENT, 5775 BLUE LAGOON DRIVE, # 100, MIAMI, DADE County, FL 33126.**

I, Eduardo E Ochoa, do hereby affirm that on the **9th day of September, 2015 at 10:10 am, I:**

served an **AUTHORIZED INDIVIDUAL** by delivering a true copy of the **SUMMONS AND COMPLAINT AND CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: CLARA GOMEZ as LEGAL ASSISTANT at the address of: RUSSELL C. WEIGEL, III CPA, 5775 BLUE LAGOON DRIVE SUITE 100, MIAMI, DADE County, FL 33126, who stated they are authorized to accept service for **CASTFORCE, INC, RUSSELL C. WEIGEL, III, REGISTERED AGENT**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.. Notary not required pursuant to F.S. 92.525 (2)

Eduardo E Ochoa
Dade County CPS # 784

Statewide Process Service, Inc
5727 NW 7th Street
Suite 317
Miami, FL 33126
(786) 512-5440
Our Job Serial Number: OCH-2015001055

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k