FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 16 2015

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL RODRIGUEZ Individually and on behalf of All Others Similarly Situated<br><br>    Plaintiff,<br><br>v.<br><br>CASTFORCE, INC.<br><br>    Defendant. | CIVIL ACTION NO.<br>1:15-cv-3087-ODE |

ORDER

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this _16_ day of September, 2015.

[signature]
ORINDA D. EVANS
SENIOR UNITED STATES DISTRICT JUDGE